DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTINE A. PALMA** a/k/a **CHRISTINE PALMA** and **MICHAEL PALMA,**
Appellants,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D20-2441

[December 22, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE15-010700.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Alan M. Pierce of Liebler, Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***